**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

SABAL TRAIL TRANSMISSION, LLC,

    Plaintiff,

v.                                                        Case No: 5:16-cv-156-Oc-30PRL

3.579 ACRES OF LAND IN LAKE
COUNTY FLORIDA, MARTHA C.
BRACK, PAUL L. RASKA, BOBBIE R.
RASKA, TRIANGLE NURSERY,
ADMINISTRATOR OF THE SMALL
BUSINESS ADMINISTRATION, THE
UNITED STATES OF AMERICA,
UNITED STATES DEPARTMENT OF
AGRICULTURE and UNKNOWN
OWNERS,

    Defendants.

---

**ORDER**

THIS CAUSE comes before the Court on the Joint Motion to Disburse Funds to Defendants (Doc. 62). Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1.     The Joint Motion to Disburse Funds to Defendants (Doc. 62) is GRANTED.

2.     The Clerk of Court is ordered to disburse the principal amount of Two Hundred Thousand dollars ($200,000.00) from the Court registry, along with any interest accrued, to the GrayRobinson P.A. Trust Account. The check

should be made payable to the GrayRobinson P.A. Trust Account and mailed to Kent L. Hipp, Esq., P.O. Box 3068, Orlando, Florida 32802-3068.

**DONE** and **ORDERED** in Tampa, Florida, this 15th day of November, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record