UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SABAL TRAIL TRANSMISSION, LLC,

    Plaintiff,

v.                                    Case No: 5:16-cv-156-Oc-30PRL

3.579 ACRES OF LAND IN LAKE
COUNTY FLORIDA, MARTHA C.
BRACK, PAUL L. RASKA, BOBBIE R.
RASKA, TRIANGLE NURSERY,
ADMINISTRATOR OF THE SMALL
BUSINESS ADMINISTRATION, THE
UNITED STATES OF AMERICA,
UNITED STATES DEPARTMENT OF
AGRICULTURE and UNKNOWN
OWNERS,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Voluntary Dismissal without Prejudice (Doc. 61). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed without prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 16th day of November, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\OCALA\2016\16-cv-156 dismiss 61.docx